This document has been stricken as per order of the Court